Form 3A
(10/05)

# United States Bankruptcy Court

__Northern__ District Of __Illinois__

In re __Jones, Malcolm Bernard__,
       Debtor

Case No. __07-22080__

Chapter __13__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ __274.00__ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ __70.00__    Check one ☐ With the filing of the petition, or
                                ☑ On or before __12/26/2007__

   $ __68.00__ on or before __01/25/2008__

   $ __68.00__ on or before __02/25/2008__

   $ __68.00__ on or before __03/24/2008__

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

NOV 26 2007

KENNETH S. GARDNER, CLERK
PS REP. - SW

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____       /s/ Malcolm B. Jones       11/26/2007
Signature of Attorney    Date           Signature of Debtor                Date
                                                (In a joint case, both spouses must sign.)

Name of Attorney

_____
Signature of Joint Debtor (if any)      Date

NOV 26 2007

KENNETH S. GARDNER
Clerk, U.S. Bankruptcy Court